# United States District Court
## Southern District of Georgia

MICHAEL CHRISTOPHER HILLMAN,

    Plaintiff,

v.

FIRST BANK OF AUGUSTA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 114-131

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on August 29, 2014, this case is hereby DISMISSED without prejudice, and this civil action is hereby CLOSED.

August 29, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03